# Mark Harring

Standing Chapter 12 & 13 Trustee

<u>Mail CORRESPONDENCE to:</u>

131 W Wilson St. Ste 1000
Madison, WI 53703-3260
Phone: (608) 256-4320
Fax:    (608) 256-2355
Website:  http://www.ch13wdw.org

<u>Mail Chapter 12 PAYMENTS to:</u>
Please write case # on all payments
Mark Harring Ch 12 Trustee
3790 Momentum Place
Chicago, IL 60689-5337

Email:  Chapter12@ch13wdw.org

August 31, 2016

Honorable Catherine J Furay
U.S. Bankruptcy Court Judge
500 South Barstow Street
Eau Claire, WI 54701

Re:    Rachel E Gullicksrud
       Case #16-11860-12

Dear Judge Furay:

Our office has reviewed the Motion to Extend Time to File the Chapter 12 Plan. This case was filed 5/24/16, and the Chapter 12 Plan was due 8/22/16.  The Motion to Extend Time wasn't filed until 8/29/16, therefore, we object as the request for more time was not filed timely.

Sincerely,

/s/
Mark Harring
Standing Chapter 12 Trustee

MWH/eab

cc:    ATTORNEY TERRENCE J. BYRNE