UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

IN RE  
RACHEL E. GULLICKSRUD

Debtors.

Chapter: 12

Case No. 16-11860

## STIPULATION REGARDING VALUATION OF SECURED CLAIM OF BREMER BANK

This is a stipulation by and between Rachel E. Gullicksrud personally by her attorney Terrence J. Byrne and Bremer Bank by its attorney Deanne Koll:

1. The parties hereby stipulate that the secured claim of Bremer Bank against the Debtor's cattle is limited to $38,350.00. Debtor further surrenders to Bremer Bank her accounts receivable with Daniel and Lori Gullicksrud for $5,477.50, representing the amount of the Trinity Farms feed bill paid by Debtor which was the contractual obligation of Daniel and Lori Gullicksrud.

2. The debtor shall surrender to Bremer Bank her interest in any hay or other feed located on the farm of Daniel and Lori Gullicksrud, as well as any accounts receivable she has with Daniel and Lori Gullicksrud regarding their use thereof, pursuant to a separate agreement represented to be between the parties. The Debtor consents to relief from the automatic stay and voluntary surrender to permit Bremer Bank to take possession of, remove, and sell the 2013 feed, to be addressed in a separate Stipulation.

3. That the purpose of this stipulation is to resolve the issues relating to the amended motion for valuation, Docket No. 65.

Dated this ___ day of September, 2016

Byrne Law Office  
Attorney for Debtor

By: _____  
Terrence J. Byrne

Dated this ___ day of September, 2016

Bakke Norman, S.C.  
Attorney for Bremer Bank

By: _____  
Deanne M. Koll, #1055988

Dated this ___ day of September, 2016

_____  
Rachel E. Gullicksrud