UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE
RACHEL E. GULLICKSRUD    Bankruptcy Case No 16-11860

Debtor

ORDER APPROVING SETTLEMENT STIPULATION

Pursuant to the Settlement Stipulation on file herein between Rachel E. Gullicksrud personally by her attorney Terrence J. Byrne and Bremer Bank by its attorney Deanne Koll,

IT IS HEREBY ORDERED that the Stipulation on file is approved and the secured claim of Bremer Bank against the Debtor's cattle is limited to $38,350.00.

# # #

1