**THIS ORDER IS SIGNED AND ENTERED.**

Dated: September 23, 2016

Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE
RACHEL E. GULLICKSRUD          Bankruptcy Case No 16-11860

    Debtor

ORDER APPROVING SETTLEMENT STIPULATION

    Pursuant to the Settlement Stipulation on file herein between Rachel E. Gullicksrud personally by her attorney Terrence J. Byrne and Bremer Bank by its attorney Deanne Koll,

    IT IS HEREBY ORDERED that the Stipulation on file is approved and the secured claim of Bremer Bank against the Debtor's cattle is limited to $38,350.00.

# # #

1